UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Quiwaneca Spikes, | Case No. 2:23-cv-02128-CDS-MDC |
| Plaintiff | **Order Granting Motions to Remove Counsel** |
| v. | |
| I. Simpson, et al., | |
| Defendants | [ECF Nos. 59, 60] |

Counsel of record for the Las Vegas Metropolitan Police Department, Robert W. Freeman and Ethan Matthew Freeman, seek to have the Clerk of Court remove their names from the electronic filing system because the Las Vegas Metropolitan Police Department was dismissed from this action. Mots., ECF No. 59, 60. Finding good cause, counsels' motions **[ECF No. 59, 60] are GRANTED**. The Clerk of Court is kindly instructed to terminate Robert W. Freeman and Ethan Matthew Freeman so that they no longer receive electronic service of materials filed in this case.

Dated: September 12, 2025

_____
Cristina D. Silva
United States District Judge